UNITED STATES DISTRICT COURT     **CLOSED**
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

Elizabeth Perry                                  **ORDER**

:

                                          Civil    13-7701 (WHW)

     v.                            :

ZUCKER, GOLDBERG & ACKERMAN     :

It has been reported to the Court that the above entitled action has been settled;

        **It is on this** _____ **day of MAY, 2014**

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause **shown within 60 days**, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

_____
WILLIAM H. WALLS
United States District Judge